IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                              CASE NO. 4:06cr00095-01 WRW

ROBERT CARL CARPENTER

ORDER

At plea and arraignment before Magistrate Judge John F. Forster on March 21, 2006, Chris Tarver, Assistant Federal Public Defender, was appointed for purposes of Defendant's initial appearance and entry of his not guilty plea. Defendant advised the Court that he would retain counsel.

When Defendant appeared on April 19, 2006, to enter his plea to the Superseding Indictment, he advised the Court that he was not able to hire an attorney. After inquiring about Defendant's financial status, the Court determined that he is eligible for appointment of counsel.

Therefore, Mr. Chris Tarver is appointed to represent Defendant until completion of the case.

IT IS SO ORDERED this 20th day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE